EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes Section

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRAVIS J. RILEY    (01),<br>NICHOLAS M. SHAKE  (02),<br><br>        Defendants. | CR. NO. **CR05-00307 HG**<br><br>**INDICTMENT**<br><br>[18 U.S.C. §§ 1028(a)(1) & (5)] |

### I N D I C T M E N T

#### COUNT 1
(18 U.S.C. § 1028(a)(1))

The Grand Jury charges that:

On or about July 7, 2005, in the District of Hawaii, the defendants TRAVIS J. RILEY (01) and NICHOLAS M. SHAKE (02), did knowingly, and without lawful authority, produce driver's licenses, personal identification cards, and more than 5 false

identification documents in and affecting commerce.

All in violation of Title 18, United States Code, Sections 1028(a)(1) and 1028(b)(1)(A)(i) & (B).

## COUNT 2
(18 U.S.C. § 1028(a)(5))

On or about July 7, 2005, in the District of Hawaii, the defendants TRAVIS J. RILEY (01) and NICHOLAS M. SHAKE (02), did knowingly, and without lawful authority, possess a document-making implement in and affecting commerce.

All in violation of Title 18, United States Code, Sections 1028(a)(5).

DATED: July 21, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
WES REBER PORTER
Assistant U.S. Attorney

2