EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes Section

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00307 HG -02 |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF NON- |
|  | ) | OBJECTION; CERTIFICATE OF |
| vs. | ) | SERVICE |
|  | ) |  |
| NICHOLAS M. SHAKE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: February 16, 2006, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii


                                      By   /s/ Wes Reber Porter
                                        WES REBER PORTER
                                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class mail:

1) KENNETH J. SHIMOZONO, ESQ.
   1130 N. Nimitz Hwy, Ste. B-200B
   Honolulu, HI 96818

   Attorney for Defendant
   NICHOLAS M. SHAKE

Served by Hand Delivery:

2) **U.S. PROBATION OFFICE**
   Attn: Roy T. Kawamoto
   300 Ala Moana Boulevard, Room C-110
   Honolulu, Hawaii 96850

   DATED: February 16, 2006, at Honolulu, Hawaii.

   /s/ Cheri Abing