ORIGINAL

TAKEMOTO & SHIMOZONO
ATTORNEYS AT LAW
KENNETH SHIMOZONO #6332
1130 N. NIMITZ HWY, Suite B-200B
Honolulu, Hawaii  96817
Telephone: (808) 536-2900
Facsimile: (808) 536-2913
Attorney for Defendant
NICHOLAS M. SHAKE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS M. SHAKE,<br><br>Defendant. | CR. NO. 05-00307 HG<br><br>DEFENDANT'S NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE |

## DEFENDANT'S NOTICE OF NON-OBJECTION

Defendant has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: Honolulu, Hawaii, February 27, 2006.

_____
KENNETH SHIMOZONO
Attorney for Defendant

1

## CERTIFICATE OF SERVICE

I, KENNETH SHIMOZONO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on February 28, 2006:

WES REBER PORTER
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

U.S. Probation Office
Attn: Roy T. Kawamoto
300 Ala Moana Boulevard, Room C-110
Honolulu, Hawaii  96850

DATED:  Honolulu, Hawaii, February 28, 2006.

_____
KENNETH SHIMOZONO
Attorney for Defendant
**NICHOLAS M. SHAKE**