# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 3, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00307HG |
| CASE NAME: | U.S.A. vs. (02) NICHOLAS A. SHAKE, aka "Nicholas Micah Shake" |
| ATTYS FOR PLA: | Wes R. Porter<br>Michael McDonald, Case Agent, FBI |
| ATTYS FOR DEFT: | Kenneth J. Shimozono |
| U.S.P.O.: | Roy T. Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | April 3, 2006 | TIME: | 2:15 - 2:46 |

COURT ACTION:  SENTENCING TO COUNT 1 OF THE INDICTMENT AS TO (02) NICHOLAS MICAH SHAKE -

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.

The Court ordered that the record be corrected to reflect that the defendant's name is **Nicholas A. Shake**, aka "Nicholas Micah Shake".

Allocution by the defendant.

ADJUDGED: 3 yrs probation upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.  That the fine of $500 is due immediately and any remaining balance be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

9.  That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11. That the defendant is required to graduate from San Cristobal Ranch Academy in New Mexico.

12. That the defendant is required to contact the Sheriff's Office in Santa Anna, CA by May 3, 2006 with regard to the pending charges against him and report the results of his contact to the Probation Office.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
Government's Oral Motion to Dismiss Count 2 is GRANTED.

Submitted by: David H. Hisashima, Courtroom Manager