ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 05-00307HG-02 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: NICHOLAS A. SHAKE, aka "Nicholas Micah Shake" | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/3/2006    TO 4/2/2009 |

**OFFENSE**

COUNT 1: PRODUCTION OF FALSE IDENTIFICATION DOCUMENTS, in violation of 18 U.S.C. § 1028(a)(1), a Class C felony

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 15 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of New Mexico</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8·1·06_
Date

_/s/_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Mexico

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8-10-06_
Effective Date

_/s/_
United States District Judge